# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JASON STEUART HIHN,<br><br>*Defendant(s)* | Case No. 1:21-MJ-222 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 21, 2021 to June 24, 2021 in the city/county of __________ in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted enticement of a minor to engage in criminal sexual activity. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

[signature]

*Complainant's signature*

Reviewed by AUSA/SAUSA

AUSA Seth Schlessinger

*Printed name and title*

Danielle K. Schnur, Special Agent, FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: June 25, 2021

Theresa C. Buchanan

Digitally signed by Theresa C. Buchanan
Date: 2021.06.25 11:43:19 -04'00'

*Judge's signature*

City and state: Alexandria, Virginia

Hon. Theresa C. Buchanan, U.S. Magistrate Judge

*Printed name and title*